CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUN 0 9 2009

JOHN F. CORCORAN, CLERK
BY /s/ 
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| IN RE: <br> PEANUT CORPORATION OF AMERICA, <br> *Debtor.* <br><br> FEDERAL INSURANCE CO., <br> *Plaintiff,* <br><br> v. <br><br> STEWART PARNELL, *et al.*, <br> *Defendants.* | ADVERSARY PROCEEDING NO. 09-06032 <br><br> CASE NO. 6:09MC00002 <br><br> **ORDER** <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Stewart Parnell's Motion for Withdrawal of Reference (docket no. 1). For the reasons stated in the accompanying Memorandum Opinion, Parnell's Motion is **GRANTED**. The reference of Adversary Proceeding No. 09-06032 is hereby **WITHDRAWN** from the U.S. Bankruptcy Court for the Western District of Virginia to this Court.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record, Mr. Creasy, and to the U.S. Bankruptcy Court for the Western District of Virginia.

Entered this 9th day of June, 2009.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE