CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JUL 20 2009

JOHN F. CORCORAN, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
LYNCHBURG DIVISION

| | |
|---|---|
| FEDERAL INSURANCE CO., *Plaintiff*, v. STEWART PARNELL, *et al.*, *Defendants*. | CIVIL NO. 6:09CV00033 **ORDER** JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff Federal Insurance Company's Motion to Dismiss Defendant Stewart Parnell's Counterclaim. For the reasons set forth in the accompanying Memorandum Opinion, Federal's Motion is **GRANTED**. Parnell's Counterclaim is accordingly **DISMISSED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to all counsel of record.

Entered this 20th day of July, 2009.

/s/ Norman K. Moon
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE